IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Deborah Williams | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No: **24-11053** |

<u>O R D E R</u>

AND NOW, this __22nd__ day of _____May_____, 2024, upon review of Expedited Motion to Extend the Automatic Stay, it is HEREBY

ORDERED and DECREED that Debtors' motion is GRANTED.

The automatic stay shall remain in effect as to all property of the debtors and to all of the debtors' creditors.

By the Court:

_____
Judge Ashely M Chan
United States Bankruptcy Judge