IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Deborah Williams | : | Chapter 13 |
| Debtor | : | Bankruptcy No: **24-11503** |

## O R D E R

AND NOW, this  23rd  day of May            , 20**24**, upon review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED fourteen (14) days additional time in which to file the missing documents.

By the Court:

_____
Honorable Ashely M Chan
United States Bankruptcy Judge