United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-11503-amc
Debora A Williams     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 22, 2024     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debora A Williams, 1645 N 8th St, Philadelphia, PA 19122-2801 |
| 14880260 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 22 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14880257 | + | Email/Text: jvalencia@amhfcu.org | May 22 2024 23:45:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14880258 | + | Email/Text: bankruptcy@bmgmoney.com | May 22 2024 23:45:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 14881208 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 22 2024 23:45:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 14880259 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2024 23:54:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14883612 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2024 23:54:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14880263 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2024 23:54:08 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 14880261 | | Email/Text: operations@empower.me | May 22 2024 23:45:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 14880262 | | Email/Text: camanagement@mtb.com | May 22 2024 23:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14880265 | | Email/Text: EBN@Mohela.com | May 22 2024 23:45:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 14880264 | + | Email/Text: bankruptcy@marinerfinance.com | May 22 2024 23:45:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14880266 | + | Email/Text: bankruptcy@moneylion.com | May 22 2024 23:45:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14880267 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 22 2024 23:54:27 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14880268 | + | Email/PDF: cbp@omf.com | May 22 2024 23:54:16 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14882934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 24-11503-amc    Doc 15    Filed 05/24/24    Entered 05/25/24 00:34:21    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | May 22 2024 23:54:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14881368 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14881860 | Email/Text: bnc-quantum@quantum3group.com | May 22 2024 23:45:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14888765 | + Email/Text: enotifications@santanderconsumerusa.com | May 22 2024 23:45:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14880269 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 23:54:05 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14882788 | ^ MEBN | May 22 2024 23:39:46 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Debtor Debora A Williams paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Cert mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Deborah Williams : Chapter 13
:
:
Debtor : Bankruptcy No: **24-11053**

## O R D E R

AND NOW, this __22nd__ day of _____May_____, 2024, upon review of Expedited Motion to Extend the Automatic Stay, it is HEREBY

ORDERED and DECREED that Debtors' motion is GRANTED.

The automatic stay shall remain in effect as to all property of the debtors and to all of the debtors' creditors.

By the Court:

_____
Judge Ashely M Chan
United States Bankruptcy Judge