| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:  EB1-TUH-Episcopal<br>Pay Begin Date:  03/31/2024<br>Pay End Date:  04/13/2024 | Business Unit:  614<br>Advice #:  000000002449653<br>Advice Date:  04/19/2024 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA  19122 | Employee ID:  800023060<br>Department:  1936600-TUHE-Psych 4B<br>Location:  TUHE-Psych 4B<br>Job Title:  RN - Staff | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br>N/A | N/A<br>N/A |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 55.710000 | 80.00 | 4,456.80 | 571.75 | 31,471.39 | Fed OASDI/EE | 425.44 | 4,038.97 |
| OT @ 1.5 | 57.910000 | 20.00 | 1,693.30 | | 0.00 | Fed MED/EE | 99.50 | 944.60 |
| OT @ 1.5 | 58.460000 | 8.00 | 679.52 | 253.25 | 22,071.86 | Fed Withholdng | 1,168.78 | 12,332.16 |
| Charge Pay | 2.000000 | 60.00 | 120.00 | 228.00 | 456.00 | PA Withholdng | 210.66 | 1,999.94 |
| Precept Pr | 2.000000 | 36.00 | 72.00 | 48.00 | 96.00 | PA Unempl EE | 4.97 | 46.90 |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 180.00 | 540.00 | PHILADELPHIA Withhol | 266.01 | 2,512.44 |
| Incentive | | | 0.00 | | 6,225.00 | | | |
| Admin Leav | | | 0.00 | 48.00 | 2,608.80 | | | |
| Hol Pd Out | | | 0.00 | 20.00 | 1,087.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 12.00 | 326.10 | | | |
| Personal | | | 0.00 | 12.00 | 652.20 | | | |
| Sick Leave | | | 0.00 | 12.00 | 668.52 | | | |
| Conf Mand | | | 0.00 | 7.00 | 389.97 | | | |
| Nonprod Pd | | | 0.00 | 1.25 | 69.64 | | | |
| Chg  HPAE | | | 0.00 | 168.00 | 336.00 | | | |
| TOTAL: | | 228.00 | 7,093.62 | 1,561.25 | 66,998.48 | TOTAL: | 2,175.36 | 21,875.01 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PEN CONTRB EE | 200.56 | 1,613.74 | TUHS STD | 41.87 | 330.88 | PersChoice | 313.76 | 2,510.08 |
| SRA EE | 445.68 | 2,879.50 | LTD | 23.30 | 184.16 | Dental | 12.16 | 97.28 |
| PersChoice | 104.59 | 836.72 | Suppl Life | 41.53 | 328.56 | Vision | 0.96 | 7.68 |
| Dental | 4.05 | 32.40 | Suppl AD&D | 0.94 | 7.52 | PEN CONTRB ER | 289.69 | 1,859.87 |
| FSA Med | 123.08 | 984.64 | DUEHPAE RN | 0.18 | 1.44 | LTD | 21.66 | 171.16 |
| | | | HPAE% RN | 88.67 | 823.89 | Life | 0.33 | 2.64 |
| | | | FitnessEPI | 4.62 | 36.96 | | | |
| | | | TH Perks | 19.49 | 155.92 | | | |
| TOTAL: | 877.96 | 6,347.00 | TOTAL: | 220.60 | 1,869.33 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,093.62 | 6,215.66 | 2,175.36 | 1,098.56 | 3,819.70 |
| YTD | 66,998.48 | 60,651.48 | 21,875.01 | 8,216.33 | 36,907.14 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Vacation | 81.89 | | Account Type | Account Number | Deposit Amount |
| Sick | 88.05 | Advice #000000002449653 | Checking | XXXXXXXXXXX6051 | 3,819.70 |
| Personal | 28.00 | | | | |
| | | TOTAL: | | | 3,819.70 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EB1-TUH-Episcopal<br>03/17/2024<br>03/30/2024 | Business Unit:<br>Advice #:<br>Advice Date: | 614<br>000000002441675<br>04/05/2024 |
|---|---|---|---|---|

| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800023060<br>1936600-TUHE-Psych 4B<br>TUHE-Psych 4B<br>RN - Staff |
|---|---|---|

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 55.710000 | 71.75 | 3,997.19 | 491.75 | 27,014.59 | Fed OASDI/EE | 460.49 | 3,613.53 |
| OT @ 1.5 | 57.237273 | 15.00 | 1,264.93 | 225.25 | 19,699.04 | Fed MED/EE | 107.70 | 845.10 |
| OT @ 1.5 | 58.310000 | 20.00 | 1,697.30 | | 0.00 | Fed Withholdng | 1,304.48 | 11,163.38 |
| Conf Mand | 55.710000 | 7.00 | 389.97 | 7.00 | 389.97 | PA Withholdng | 228.02 | 1,789.28 |
| Nonprod Pd | 55.710000 | 1.25 | 69.64 | 1.25 | 69.64 | PA Unempl EE | 5.36 | 41.93 |
| Charge Pay | 2.000000 | 72.00 | 144.00 | 168.00 | 336.00 | PHILADELPHIA Withhol | 287.21 | 2,246.43 |
| Precept Pr | 2.000000 | 12.00 | 24.00 | 12.00 | 24.00 | | | |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 156.00 | 468.00 | | | |
| Incentive | | | 0.00 | | 6,225.00 | | | |
| Admin Leav | | | 0.00 | 48.00 | 2,608.80 | | | |
| Hol Pd Out | | | 0.00 | 20.00 | 1,087.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 12.00 | 326.10 | | | |
| Personal | | | 0.00 | 12.00 | 652.20 | | | |
| Sick Leave | | | 0.00 | 12.00 | 668.52 | | | |
| Chg HPAE | | | 0.00 | 168.00 | 336.00 | | | |
| TOTAL: | | 223.00 | 7,659.03 | 1,333.25 | 59,904.86 | TOTAL: | 2,393.26 | 19,699.65 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 200.56 | 1,413.18 | TUHS STD | 41.87 | 289.01 | PersChoice | 313.76 | 2,196.32 |
| SRA EE | 445.68 | 2,433.82 | LTD | 23.30 | 160.86 | Dental | 12.16 | 85.12 |
| PersChoice | 104.59 | 732.13 | Suppl Life | 41.53 | 287.03 | Vision | 0.96 | 6.72 |
| Dental | 4.05 | 28.35 | Suppl AD&D | 0.94 | 6.58 | PEN CONTRB ER | 222.84 | 1,570.18 |
| FSA Med | 123.08 | 861.56 | DUEHPAE RN | 0.18 | 1.26 | LTD | 21.66 | 149.50 |
| | | | HPAE% RN | 95.74 | 735.22 | Life | 0.33 | 2.31 |
| | | | FitnessEPI | 4.62 | 32.34 | | | |
| | | | TH Perks | 19.49 | 136.43 | | | |
| TOTAL: | 877.96 | 5,469.04 | TOTAL: | 227.67 | 1,648.73 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,659.03 | 6,781.07 | 2,393.26 | 1,105.63 | 4,160.14 |
| YTD | 59,904.86 | 54,435.82 | 19,699.65 | 7,117.77 | 33,087.44 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 76.35 |
| Sick | 84.72 |
| Personal | 28.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002441675 | Checking | XXXXXXXXXXX6051 | 4,160.14 |
| TOTAL: | | | 4,160.14 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EB1-TUH-Episcopal<br>03/03/2024<br>03/16/2024 | Business Unit:<br>Advice #:<br>Advice Date: | 614<br>000000002436477<br>03/22/2024 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800023060<br>1936600-TUHE-Psych 4B<br>TUHE-Psych 4B<br>RN - Staff | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br>N/A | N/A<br>N/A |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 55.710000 | 60.00 | 3,342.60 | 420.00 | 23,017.40 | Fed OASDI/EE | 351.75 | 3,153.04 |
| Incentive | | | 1,500.00 | | 6,225.00 | Fed MED/EE | 82.26 | 737.40 |
| OT @ 1.5 | 56.710000 | -20.00 | -1,681.30 | | 0.00 | Fed Withholdng | 899.05 | 9,858.90 |
| OT @ 1.5 | 57.910000 | -20.00 | -1,693.30 | | 0.00 | PA Withholdng | 174.17 | 1,561.26 |
| OT @ 1.5 | 69.710000 | 20.00 | 1,811.30 | | 0.00 | PA Unempl EE | 4.13 | 36.57 |
| OT @ 1.5 | 69.910000 | 20.00 | 1,813.30 | 190.25 | 16,736.81 | PHILADELPHIA Withhol | 221.44 | 1,959.22 |
| Sick Leave | 55.710000 | 12.00 | 668.52 | 12.00 | 668.52 | | | |
| Charge Pay | 2.000000 | 36.00 | 72.00 | 96.00 | 192.00 | | | |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 132.00 | 396.00 | | | |
| Admin Leav | | | 0.00 | 48.00 | 2,608.80 | | | |
| Hol Pd Out | | | 0.00 | 20.00 | 1,087.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 12.00 | 326.10 | | | |
| Personal | | | 0.00 | 12.00 | 652.20 | | | |
| Chg HPAE | | | 0.00 | 168.00 | 336.00 | | | |
| TOTAL: | | 132.00 | 5,905.12 | 1,110.25 | 52,245.83 | TOTAL: | 1,732.80 | 17,306.39 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 180.50 | 1,212.62 | TUHS STD | 41.87 | 247.14 | PersChoice | 313.76 | 1,882.56 |
| SRA EE | 401.11 | 1,988.14 | LTD | 23.30 | 137.56 | Dental | 12.16 | 72.96 |
| PersChoice | 104.59 | 627.54 | Suppl Life | 41.53 | 245.50 | Vision | 0.96 | 5.76 |
| Dental | 4.05 | 24.30 | Suppl AD&D | 0.94 | 5.64 | PEN CONTRB ER | 200.55 | 1,347.34 |
| FSA Med | 123.08 | 738.48 | DUEHPAE RN | 0.18 | 1.08 | LTD | 21.66 | 127.84 |
| | | | HPAE% RN | 73.81 | 639.48 | Life | 0.33 | 1.98 |
| | | | FitnessEPI | 4.62 | 27.72 | | | |
| | | | TH Perks | 19.49 | 116.94 | | | |
| TOTAL: | 813.33 | 4,591.08 | TOTAL: | 205.74 | 1,421.06 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,905.12 | 5,091.79 | 1,732.80 | 1,019.07 | 3,153.25 |
| YTD | 52,245.83 | 47,654.75 | 17,306.39 | 6,012.14 | 28,927.30 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 70.81 | | Account Type | Account Number | Deposit Amount |
| Sick | 81.39 | Advice #000000002436477 | Checking | XXXXXXXXXXX6051 | 3,153.25 |
| Personal | 28.00 | | | | |
| | | TOTAL: | | | 3,153.25 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:  EB1-TUH-Episcopal<br>Pay Begin Date:  02/18/2024<br>Pay End Date:  03/02/2024 | Business Unit:  614<br>Advice #:  000000002428515<br>Advice Date:  03/08/2024 |
|---|---|---|
| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:  800023060<br>Department:  1936600-TUHE-Psych 4B<br>Location:  TUHE-Psych 4B<br>Job Title:  RN - Staff | TAX DATA:  Federal  PA State<br>Marital Status:  Single  N/A<br>Allowances:  0  N/A<br>Addl. Percent:  N/A  N/A<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 55.710000 | 80.00 | 4,456.80 | 360.00 | 19,674.80 | Fed OASDI/EE | 573.14 | 2,801.29 |
| Incentive | | | 1,245.00 | | 4,725.00 | Fed MED/EE | 134.04 | 655.14 |
| OT @ 1.5 | 56.150000 | -20.00 | -1,648.50 | | 0.00 | Fed Withholdng | 1,819.28 | 8,959.85 |
| OT @ 1.5 | 56.710000 | 20.00 | 1,681.30 | | 0.00 | PA Withholdng | 283.80 | 1,387.09 |
| OT @ 1.5 | 56.750000 | -20.00 | -1,654.50 | | 0.00 | PA Unempl EE | 6.63 | 32.44 |
| OT @ 1.5 | 57.910000 | 20.00 | 1,693.30 | 190.25 | 16,486.81 | PHILADELPHIA Withhol | 355.35 | 1,737.78 |
| OT @ 1.5 | 62.750000 | 20.00 | 1,714.50 | | 0.00 | | | |
| OT @ 1.5 | 70.900000 | 20.00 | 1,796.00 | | 0.00 | | | |
| Charge Pay | 2.000000 | 60.00 | 120.00 | 60.00 | 120.00 | | | |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 108.00 | 324.00 | | | |
| Admin Leav | | | 0.00 | 48.00 | 2,608.80 | | | |
| Hol Pd Out | | | 0.00 | 20.00 | 1,087.00 | | | |
| Hol Pr 0.5 | | | 0.00 | 12.00 | 326.10 | | | |
| Personal | | | 0.00 | 12.00 | 652.20 | | | |
| Chg HPAE | | | 0.00 | 168.00 | 336.00 | | | |
| TOTAL: | | 204.00 | 9,475.90 | 978.25 | 46,340.71 | TOTAL: | 3,172.24 | 15,573.59 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 200.56 | 1,032.12 | TUHS STD | 41.87 | 205.27 | PersChoice | 313.76 | 1,568.80 |
| SRA EE | 445.68 | 1,587.03 | LTD | 23.30 | 114.26 | Dental | 12.16 | 60.80 |
| PersChoice | 104.59 | 522.95 | Suppl Life | 41.53 | 203.97 | Vision | 0.96 | 4.80 |
| Dental | 4.05 | 20.25 | Suppl AD&D | 0.94 | 4.70 | PEN CONTRB ER | 222.84 | 1,146.79 |
| FSA Med | 123.08 | 615.40 | DUEHPAE RN | 0.18 | 0.90 | LTD | 21.66 | 106.18 |
| | | | HPAE% RN | 118.45 | 565.67 | Life | 0.33 | 1.65 |
| | | | FitnessEPI | 4.62 | 23.10 | | | |
| | | | TH Perks | 19.49 | 97.45 | | | |
| TOTAL: | 877.96 | 3,777.75 | TOTAL: | 250.38 | 1,215.32 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 9,475.90 | 8,597.94 | 3,172.24 | 1,128.34 | 5,175.32 |
| YTD | 46,340.71 | 42,562.96 | 15,573.59 | 4,993.07 | 25,774.05 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 65.27 | | Account Type | Account Number | Deposit Amount |
| Sick | 90.06 | Advice #000000002428515 | Checking | XXXXXXXXXXX6051 | 5,175.32 |
| Personal | 28.00 | | | | |
| | | TOTAL: | | | 5,175.32 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:     EB1-TUH-Episcopal<br>Pay Begin Date:  02/04/2024<br>Pay End Date:   02/17/2024 | Business Unit:  614<br>Advice #:       000000002420541<br>Advice Date:    02/23/2024 |
|---|---|---|
| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:   800023060<br>Department:    1936600-TUHE-Psych 4B<br>Location:      TUHE-Psych 4B<br>Job Title:     RN - Staff | TAX DATA:              Federal      PA State<br>Marital Status:         Single       N/A<br>Allowances:             0            N/A<br>Addl. Percent:          N/A<br>Addl. Amount: |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 54.350000 | 80.00 | 4,348.00 | 280.00 | 15,218.00 |
| Incentive |  |  | 1,440.00 |  | 3,480.00 |
| OT @ 1.5 | 55.143471 | -20.50 | -1,679.40 |  | 0.00 |
| OT @ 1.5 | 55.350000 | -20.00 | -1,640.50 |  | 0.00 |
| OT @ 1.5 | 56.150000 | 20.00 | 1,648.50 | 150.25 | 12,904.71 |
| OT @ 1.5 | 56.750000 | 20.00 | 1,654.50 |  | 0.00 |
| OT @ 1.5 | 67.044298 | 20.50 | 1,801.38 |  | 0.00 |
| OT @ 1.5 | 67.350000 | 20.00 | 1,760.50 |  | 0.00 |
| Chg HPAE | 2.000000 | 72.00 | 144.00 | 168.00 | 336.00 |
| Wkend 3.00 | 3.000000 | 36.00 | 108.00 | 84.00 | 252.00 |
| Admin Leav |  |  | 0.00 | 48.00 | 2,608.80 |
| Hol Pd Out |  |  | 0.00 | 20.00 | 1,087.00 |
| Hol Pr 0.5 |  |  | 0.00 | 12.00 | 326.10 |
| Personal |  |  | 0.00 | 12.00 | 652.20 |
| **TOTAL:** |  | **228.00** | **9,584.98** | **774.25** | **36,864.81** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 579.90 | 2,228.15 |
| Fed MED/EE | 135.62 | 521.10 |
| Fed Withholdng | 1,859.24 | 7,140.57 |
| PA Withholdng | 287.15 | 1,103.29 |
| PA Unempl EE | 6.71 | 25.81 |
| PHILADELPHIA Withhol | 359.44 | 1,382.43 |
| **TOTAL:** | **3,228.06** | **12,401.35** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 195.66 | 831.56 |
| SRA EE | 434.80 | 1,141.35 |
| PersChoice | 104.59 | 418.36 |
| Dental | 4.05 | 16.20 |
| FSA Med | 123.08 | 492.32 |
| **TOTAL:** | **862.18** | **2,899.79** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 40.85 | 163.40 |
| LTD | 22.74 | 90.96 |
| Suppl Life | 40.61 | 162.44 |
| Suppl AD&D | 0.94 | 3.76 |
| DUEHPAE RN | 0.18 | 0.72 |
| HPAE% RN | 119.81 | 447.22 |
| FitnessEPI | 4.62 | 18.48 |
| TH Perks | 19.49 | 77.96 |
| **TOTAL:** | **249.24** | **964.94** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 313.76 | 1,255.04 |
| Dental | 12.16 | 48.64 |
| Vision | 0.96 | 3.84 |
| PEN CONTRB ER | 217.40 | 923.95 |
| LTD | 21.13 | 84.52 |
| Life | 0.33 | 1.32 |
| *IMPUTED INCOME |  |  |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 9,584.98 | 8,722.80 | 3,228.06 | 1,111.42 | 5,245.50 |
| YTD | 36,864.81 | 33,965.02 | 12,401.35 | 3,864.73 | 20,598.73 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 59.73 |
| Sick | 86.73 |
| Personal | 28.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002420541 | Checking | XXXXXXXXXXX6051 | 5,245.50 |
| **TOTAL:** | | | **5,245.50** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EB1-TUH-Episcopal<br>01/21/2024<br>02/03/2024 | Business Unit:<br>Advice #:<br>Advice Date: | 614<br>000000002412585<br>02/09/2024 |
|---|---|---|---|---|
| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800023060<br>1936600-TUHE-Psych 4B<br>TUHE-Psych 4B<br>RN - Staff | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Single<br>0<br>N/A | PA State<br>N/A<br>N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 54.350000 | 80.00 | 4,348.00 | 200.00 | 10,870.00 | Fed OASDI/EE | 578.44 | 1,648.25 |
| Incentive | | | 960.00 | | 2,040.00 | Fed MED/EE | 135.28 | 385.48 |
| OT @ 1.5 | 55.143471 | 20.50 | 1,679.40 | | 0.00 | Fed Withholdng | 1,921.27 | 5,281.33 |
| OT @ 1.5 | 55.183333 | -32.00 | -2,622.13 | | 0.00 | PA Withholdng | 286.42 | 816.14 |
| OT @ 1.5 | 55.350000 | 20.00 | 1,640.50 | 110.25 | 9,359.73 | PA Unempl EE | 6.70 | 19.10 |
| OT @ 1.5 | 66.016667 | 32.00 | 2,795.47 | | 0.00 | PHILADELPHIA Withhol | 358.55 | 1,022.99 |
| Hol Pd Out | 54.350000 | 12.00 | 652.20 | 20.00 | 1,087.00 | | | |
| Chg HPAE | 2.000000 | 36.00 | 72.00 | 96.00 | 192.00 | | | |
| Wkend 3.00 | 3.000000 | 12.00 | 36.00 | 48.00 | 144.00 | | | |
| Admin Leav | | | 0.00 | 48.00 | 2,608.80 | | | |
| Hol Pr 0.5 | | | 0.00 | 12.00 | 326.10 | | | |
| Personal | | | 0.00 | 12.00 | 652.20 | | | |
| TOTAL: | | 180.50 | 9,561.44 | 546.25 | 27,279.83 | TOTAL: | 3,286.66 | 9,173.29 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PEN CONTRB EE | 195.66 | 635.90 | TUHS STD | 40.85 | 122.55 | PersChoice | 313.76 | 941.28 |
| SRA EE | 217.40 | 706.55 | LTD | 22.74 | 68.22 | Dental | 12.16 | 36.48 |
| PersChoice | 104.59 | 313.77 | Suppl Life | 40.61 | 121.83 | Vision | 0.96 | 2.88 |
| Dental | 4.05 | 12.15 | Suppl AD&D | 0.94 | 2.82 | PEN CONTRB ER | 217.40 | 706.55 |
| FSA Med | 123.08 | 369.24 | DUEHPAE RN | 0.18 | 0.54 | LTD | 21.13 | 63.39 |
| | | | HPAE% RN | 111.37 | 327.41 | Life | 0.33 | 0.99 |
| | | | FitnessEPJ | 4.62 | 13.86 | | | |
| | | | TH Perks | 19.49 | 58.47 | | | |
| TOTAL: | 644.78 | 2,037.61 | TOTAL: | 240.80 | 715.70 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 9,561.44 | 8,916.66 | 3,286.66 | 885.58 | 5,389.20 |
| YTD | 27,279.83 | 25,242.22 | 9,173.29 | 2,753.31 | 15,353.23 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 54.19 | | Account Type | Account Number | Deposit Amount |
| Sick | 83.40 | Advice #000000002412585 | Checking | XXXXXXXXXXX6051 | 5,389.20 |
| Personal | 28.00 | | | | |
| | | TOTAL: | | | 5,389.20 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE: