**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　DEBORA A WILLIAMS<br>　　　　Debtor(s)<br>M&T BANK AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW FINANCIAL MORTGAGE PASS-THROUGH TRUST 2005-B, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-B<br>　　　　Movant<br><br>v.<br>DEBORA A WILLIAMS<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br><br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-11503-amc |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

　　M&T Bank as servicer for U.S. Bank National Association, as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Certificates, Series 2005-B has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 1645 North 8th Street, Philadelphia, Pennsylvania 19122.

　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

**1.**　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 30, 2024, you or your attorney must do all of the following:

　　(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

In Philadelphia:

900 Market Street, Suite 400
Philadelphia, PA 19107-4299

In Reading:

U.S. Bankruptcy Court, Clerks Office The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:
Brian Nicholas
McCalla Raymer Leibert Pierce, LLC
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Telephone: 8489994640
brian.nicholas@mccalla.com

and to the Trustee:   Kenneth E. West
Ch. 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

2.     If you or your attorney do not take the steps described in paragraphs l(a) and l(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on November 12, 2024, at 11:00 a.m. in the United States Bankruptcy Court, Courtroom 4, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

MCCALLA RAYMER LEIBERT PIERCE, LLC

*By: /s/ Brian  Nicholas*
Brian  Nicholas
McCalla Raymer Leibert Pierce, LLC
325-41 Chestnut Street, Suite 800
Philadelphia, Pennsylvania, 19106
Telephone: 8489994640
brian.nicholas@mccalla.com

Date: 10/16/2024