UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　DEBORA A WILLIAMS<br>　　　　Debtor(s)<br>M&T BANK AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW FINANCIAL MORTGAGE PASS-THROUGH TRUST 2005-B, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-B<br>　　　　Movant<br><br>v.<br>DEBORA A WILLIAMS<br>　　　　Debtor(s)<br><br>KENNETH E. WEST<br>　　　　Trustee<br><br><br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 24-11503-amc |

## ORDER

　　AND NOW, this __13th__ day of __December__, 2024, upon the motion of M&T Bank as servicer for U.S. Bank National Association, as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Certificates, Series 2005-B, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, M&T Bank as servicer for U.S. Bank National Association, as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Certificates, Series 2005-B (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1645 North 8th Street, Philadelphia, Pennsylvania 19122.

　　It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE