United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11503-amc

Debora A Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Jan 15, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debora A Williams, 1645 N 8th St, Philadelphia, PA 19122-2801 |
| 14880260 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 14920750 | + | Santander Consumer USA, c/o William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14905519 | + | U.S. Bank National Association et al., M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bk@szjlaw.com | Jan 16 2025 00:16:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |
| 14926758 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 16 2025 00:36:48 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14880257 | + | Email/Text: jvalencia@amhfcu.org | Jan 16 2025 00:17:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14880258 | + | Email/Text: bankruptcy@bmgmoney.com | Jan 16 2025 00:17:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 14881208 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 16 2025 00:16:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT, STE 210, KENNESAW, GA 30144 |
| 14915576 | | Email/Text: megan.harper@phila.gov | Jan 16 2025 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14880259 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:35:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14883612 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:23:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14880263 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2025 00:34:53 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 14880261 | | Email/Text: operations@empower.me | Jan 16 2025 00:16:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 14895046 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 00:16:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |

Case 24-11503-amc    Doc 57    Filed 01/17/25    Entered 01/18/25 00:36:23    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14890291 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:36:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14880262 | | Email/Text: camanagement@mtb.com | Jan 16 2025 00:16:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14880265 | | Email/Text: EBN@Mohela.com | Jan 16 2025 00:16:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 14880264 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 16 2025 00:16:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14900712 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2025 00:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14897741 | + | Email/Text: bankruptcy@moneylion.com | Jan 16 2025 00:17:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 14880266 | + | Email/Text: bankruptcy@moneylion.com | Jan 16 2025 00:17:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 14880267 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 16 2025 00:34:38 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14880268 | + | Email/PDF: cbp@omf.com | Jan 16 2025 00:22:12 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14882934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2025 00:22:17 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14881368 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 16 2025 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14898364 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 16 2025 00:17:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE Bldg 2,Ste 1200, Atlanta, GA 30339-6143 |
| 14881860 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2025 00:16:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14888765 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 16 2025 00:17:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14905550 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 16 2025 00:34:29 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14880269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2025 00:23:51 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14882788 | ^ | MEBN | Jan 16 2025 00:12:22 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14902881 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:35:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14900864 | *+ | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 34

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank as servicer for U.S. Bank National Association as Trustee successor in interest to Wachovia Bank, National Association brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee successor in interest to Wachovia Bank, National Association, as Trustee for Bayview Financial Mortgage Pass-Through Trust 2005-B, Mortgage Pass-Through Cert bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Debora A Williams paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DEBORA A. WILLIAMS, | : | |
| Debtor(s) | : | Bky. No. 24-11503-AMC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Jan 15, 2025

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE