# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | | |
|---|---|---|
| In RE: **Debora Williams** | : | Case No: **24-11503** |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on May 5, 2025, a true and correct copy of Debtors' **Fee Application** was served upon the parties listed below, in the above captioned matter, in the manner listed below:

| | |
|---|---|
| Kenneth West, Esquire<br>Chapter 13 Standing Trustee<br>111 S Independence Mall, Ste 583<br>Philadelphia, PA 19106<br>(Chapter 13 Trustee) | Electronic Mail |
| Debora Williams<br>1645 N 8th St<br>Philadelphia, PA 19122 | First Class Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| All unsecured creditors on claims register | Electronic Mail |

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**

BY: */s/ Jeanne Marie Cella, Esq.*
    Jeanne Marie Cella, Esquire
    Attorney for Debtor