UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

**In re: Deborah Williams** :
: Bankruptcy No: 24-11503
: Chapter 13
**Debtors** :

## ORDER ALLOWING COMPENSATION

AND NOW, this 25th day of June, 2025 Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $5,300.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $3,300.00 to the said counsel from the plan payments which he has received on the Debtors' account.

_____
Chief Judge Ashely M Chan
United States Bankruptcy Court